**Motion for Rehearing Granted, Memorandum Opinion filed September 9, 2014, Withdrawn, Appeal Reinstated, and Order filed November 25, 2014.**

In The

# Fourteenth Court of Appeals

## NO. 14-14-00555-CV
## LEON LAVIOLETTE, Appellant

### V.

### MICHAEL RUTHERFORD, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-31571**

## ORDER

On September 9, 2014, this court issued an opinion dismissing this appeal. Appellant filed a motion for rehearing and appellee has filed a response. The motion is GRANTED.

This court's opinion filed September 9, 2014, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan (Jamison, J., would deny).